**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVE PALMER and F1 INVESTMENTS, INC.,**

        **Plaintiffs,**

**-vs-**                            Case No. 6:08-cv-1040-Orl-22GJK

**INGRID LOITEN; MAY DAISY CORPORATION; I TRADE FX, LLC; DEUTCHE BANK TRUST COMPANY AMERICAS; TURKS AND CAICOS BANKING CO. LTD.,**

        **Defendants.**

_____

## ORDER

*Sua sponte*, the Court raises the question of whether it has subject matter jurisdiction over this action.

The Verified Complaint for Damages and Equitable Relief ("Complaint") invokes jurisdiction based on diversity of citizenship. (Compl., Doc. No. 1 at 3-6.) Plaintiffs Steve Palmer and F1 Investments, Inc. have sued the following parties: Ingrid Loiten; May Daisy Corporation; I Trade FX, LLC; Deutsche Bank Trust Company Americas; and Turks & Caicos Banking Co. Ltd.

The Complaint alleges that Plaintiff Steve Palmer is "a citizen of the United States." (Compl. at 4). Palmer's State of citizenship is not identified. However, the civil cover sheet filed with the Complaint has the "Citizen of This State" box checked for "PTF." (Compl., Ex.

"C.") The Complaint further alleges that the co-Plaintiff, F1 Investments, Inc., "is a corporation organized under the laws of Panama." (Compl. at 4.)

The Complaint identifies the "Defendants" as Ingrid Loiten and May Daisy Corporation. Additionally, in the caption of the Complaint, Plaintiffs identify I Trade FX, LLC; Deutsche Bank Trust Company Americas; and Turks & Caicos Banking Co. Ltd. as "Stakeholders."[1] (Compl. at 1.)

The Complaint contains the following jurisdictional allegations regarding the Defendants and Stakeholders:

> Ingrid Loiten: "a citizen of Jamaica currently residing in Johannesburg, South Africa, Swaziland, Ghana and Zambia[;]"
>
> May Daisy Corporation: "a corporation organized under the laws of Grand Cayman[;]"
>
> I Trade FX, LLC: "a Florida Limited Liability Company" that "does business thin [sic] the Middle District of Florida[;]"
>
> Deutche Bank Trust Company Americas: "a New York state chartered bank that is a member of the Federal Reserve System" and that "does business in the Southern District of New York[;]" and
>
> Turks & Caicos Banking Co. Ltd.: "organized under the laws of the Turks and Caicos Islands, British West Indies[.]"

(Compl. at 4-6.)

These allegation raise the following issues regarding subject matter jurisdiction: (1) of what State of the United States is Plaintiff Steve Palmer a citizen?; (2) if Palmer is a citizen of

---

[1] Of these "stakeholders," the Complaint appears to assert a claim for relief only against I Trade FX, LLC. (Compl., Count V, at 24-26.)

Florida, is there complete diversity of citizenship in light of the fact that I Trade FX, LLC is identified as a Florida limited liability company?; and (3) what effect does the identification of several of the sued parties as "stakeholders" have on diversity jurisdiction, i.e., how is the citizenship of these parties to be determined for diversity jurisdiction purposes?

Based on the foregoing, it is ORDERED that on or before July 14, 2008, Plaintiffs shall file a legal memorandum, not exceeding ten (10) pages, addressing the questions posed in the preceding paragraph of this Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 1, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge